UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ELIZABETH MACK, as the PERSONAL
REPRESENTATIVE OF THE ESTATE OF
JOSEPH LORENZO SALTER, deceased,

      Plaintiff,

vs.                                            No. 3:03cv557/RV/MD

SANDFORD M. EPSTEIN, D.O., et al.,

      Defendants.
_____/

## CONSENTED AMENDED ORDER FOR PARTIAL DISTRIBUTION OF SETTLEMENT

A hearing was held on this date. The parties having agreed to a settlement of all claims and to a proposed distribution, the pleadings are hereby amended to conform to that settlement agreement, including an individual claim of Elizabeth Mack, the deceased's mother. Upon consideration, it is hereby ORDERED, ADJUDGED AND DECREED that:

The settlement as submitted to the Court is approved and the order previously entered herein is amended as set out below:

1. A partial distribution of settlement is hereby authorized in the sum of one hundred thousand and 00/100 ($100,000.00) dollars to be distributed immediately to plaintiff Elizabeth Mack, individually.

2. The Court retains jurisdiction of this matter for the approval of further distribution to an appropriate Florida guardianship of the property for the deceased's minor children, Lorenzo L. Salter and Trayvon D. Salter, which guardianship shall be established through the state court.

DONE AND ORDERED this 28th day of July, 2005.

                                            /s/ Roger Vinson
                                            ROGER VINSON
                                            Senior United States District Judge